Form ntcddl (12/03)

## UNITED STATES BANKRUPTCY COURT

District of Maryland
Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

**Case No.: 04–25728    Chapter: 13**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Robert C. Oram
*debtor has no known aliases*
22130 Dickerson Road
P.O. Box 52
Dickerson, MD 20842

Social Security No.:   xxx–xx–9785

Employer's Tax I.D. No.:

### NOTICE OF DEADLINE FOR FILING MISSING DOCUMENTS
### AND WARNING OF POSSIBLE DISMISSAL

To Debtor(s) and Debtor(s)' Attorney:

In order for this case to be administered, it is necessary that the document described below be filed:

Schedule A due 07/15/2004
Schedule B due 07/15/2004
Schedule C due 07/15/2004
Schedule D due 07/15/2004
Schedule E due 07/15/2004
Chapter 13 Plan due 07/15/2004
Schedule F due 07/15/2004
Summary of Schedules due 07/15/2004
Schedule G due 07/15/2004
Schedule H due 07/15/2004
Schedule I due 07/15/2004
Schedule J due 07/15/2004
Schedules A–J due 07/15/2004
Stmt. of Fin. Affairs due 07/15/2004

Pursuant to Federal Rule of Bankruptcy Procedure 1007, the debtor has **fifteen (15) days** from the date of filing this case to file the required statements, schedules and/or lists. Pursuant to Federal Rule of Bankruptcy Procedure 3015(b), the debtor has **fifteen (15) days** from the date of filing this case to file the required Chapter 13 plan and certificate of service (see Local Bankruptcy Rule 3015–1). IF THE REQUIRED STATEMENTS, SCHEDULES, LISTS AND/OR CHAPTER 13 PLAN ARE NOT FILED WITH THE COURT BY:

**7/15/04, or by**

the date of an extension granted by the Court, the Court may enter an ORDER DISMISSING this case, without further notice or hearing.

**If you failed to list all creditors on the original mailing matrix filed with the Court, you must file a Supplemental Mailing Matrix with any newly added creditors along with your schedules stated above pursuant to Local Bankruptcy Rule 1007–2(c). When adding creditor(s), a $26.00 amendment fee is required (no matter the number of creditors added at the time). The debtor shall fully comply with Local Bankruptcy Rule 1009–1 and shall certify that compliance with the Court.**

Dated: 7/1/04                                                                                       *Mark D. Sammons*
                                                                                                            Clerk of the Bankruptcy Court