```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF MARYLAND

IN RE: ROBERT C. ORAM                                      CASE No.
       3541 39TH STREET NW
       #F510                                               04-2-5728
       WASHINGTON DC           20016

                       FINAL REPORT AND ACCOUNT
                                                    SS#1 - XXX-XX-9785
                                                    SS#2 - XXX-XX-0000

This Case was              The Plan was             The Case was
commenced on  06/30/04     confirmed on 11/08/04    concluded on 07/20/05

THIS CASE WAS Completed                             .
     Your trustee has maintained a detailed record  of  all  receipts, including
the source or other identification of each receipt  and  of  all  disbursements.
Copies of these detailed records are available to the Court by the Trustee, upon
request.


TOTAL RECEIPTS                                                       2084.17
Less refunds to debtor                                    643.00
TOTAL AMOUNT OF PLAN FUND                                            1441.17

Administrative fees:
        Filing Fee                                                       .00
        Attorney Fee                                                  694.00
        Trustee Expense                                                96.56
        Other Costs                                                      .00

TOTAL ADMINISTRATIVE FEES                                             790.56

------------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS      CLASS         AMOUNT      AMOUNT PAID    BALANCE
        CREDITOR'S NAME                      ALLOWED   PRINCIPAL INTEREST   DUE
------------------------------------------------------------------------------
BRIDGET E PELINO ESQUIRE      NOT FILED         .00        .00       .00     .00
COMPTROLLER OF TREASURY       DIR.- PAY         .00        .00       .00     .00
DONALD & ANITA ROBERSON       MORTGAGE       650.61     650.61       .00     .00
MONTGOMERY COUNTY             NOT FILED         .00        .00       .00     .00
UNITED STATES TREASURY - IRS  NOT FILED         .00        .00       .00     .00
ROBERT C. ORAM                  REFUND       643.00     643.00

                    ------------------------------------------------------------
                    Priority      Secured        Unsecured      Continuing Debts
                    ------------------------------------------------------------
Total amount allowed    .00       650.61            .00              .00
Total amount paid  :    .00       650.61            .00              .00
```

     WHEREFORE, your Petitioner prays that a Final Decree be entered discharging
your Petitioner as Trustee and releasing your Petitioner and the Trustee's sure-

ty from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

```
                                        /s/ Nancy Spencer Grigsby
                                        _____
cc: GARZA REGAN & ASSOCIATES            NANCY SPENCER GRIGSBY TRUSTEE
    17 WEST JEFFERSON STREET
    SUITE 200                           DATED :04/25/06
    ROCKVILLE, MD            20850
```